

Search for Cases by: [Select Search Method...  ▼]

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print                              Logon

18JE-CC00432 - MICHAEL MYERS V AMERICAN FAMILY MUTUAL
INSURANCE C (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ● Descending ○ Ascending          Display Options: [All Entries  ▼]

**10/25/2018**   **Corporation Served**
Document ID - 18-SMCC-1714; Served To - AMERICAN FAMILY MUTUAL INSURANCE COMPANY;
Server - SO JEFFERSON COUNTY-HILLSBORO; Served Date - 26-OCT-18; Served Time - 00:00:00;
Service Type - Sheriff Department; Reason Description - Served; Service Text - CSC LAWYERS

**09/11/2018**   **Summons Issued-Circuit**
Document ID: 18-SMCC-1714, for AMERICAN FAMILY MUTUAL INSURANCE COMPANY.

**09/07/2018**   **Request Filed**
FOR SUMMONS
      **Filed By:** CHARLES RAY WOOTEN
      **On Behalf Of:** MICHAEL S MYERS MIKE

**06/21/2018**   **Filing Info Sheet eFiling**
      **Filed By:** CHARLES RAY WOOTEN

**Note to Clerk eFiling**
      **Filed By:** CHARLES RAY WOOTEN

**Pet Filed in Circuit Ct**
Plaintiffs Petition for Equitable Garnishment. PER ATTORNEY, HOLD FOR SERVICE.
      **Filed By:** CHARLES RAY WOOTEN
      **On Behalf Of:** MICHAEL S MYERS MIKE

**Judge Assigned**

Case.net Version 5.13.19.2          Return to Top of Page          Released 09/24/2018

**18JE-CC00432**

Electronically Filed - Jefferson - June 21, 2018 - 02:32 PM

## IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
## JEFFERSON COUNTY, HILLSBORO MISSOURI

MICHAEL S. MYERS                               )
                                               )
    Plaintiff,                             )
                                               )          Case No.:
v.                                             )
                                               )          Division 1
AMERICAN FAMILY MUTUAL                         )
INSURANCE COMPANY                              )
Serve:  HOLD SERVICE                           )
                                               )
    Defendants.                            )

### PLAINTIFF'S PETITION FOR EQUITABLE GARNISHMENT

COME NOW PLAINTIFF Michael S. Myers, and, for his cause of action against Defendants, states and alleges as follows:

1. At all times relevant hereto, Plaintiff Michael S. Myers was an individual over the age of 18 and a resident of Jefferson County, Missouri.

2. At all times relevant hereto, Defendant American Family Mutual Insurance Company was a corporation duly registered in the State of Missouri and doing business in Jefferson County, Missouri.

3. This is an action commenced under RSMo. §379.200, seeking to reach and apply insurance money to satisfy a final judgment entered in Plaintiff's favor against Wildwood Associates, L.P. and Nye Management, L.C., jointly and severably.

4. Venue is proper in this Court pursuant to RSMo. §508.010.

5. On or about August 21, 2015, Plaintiff commenced an action for damages against Wildwood Associates, L.P. and Nye Management, L.C. in the Circuit Court of Jefferson County, Cause No. 15JE-CC00630.

1

Electronically Filed - Jefferson - June 21, 2018 - 02:32 PM

6.  Plaintiff's lawsuit stemmed from injuries incurred on May 16, 2013, and the action set forth four counts: (1) premises liability against Wildwood Associates, L.P. as owner of the property where the injury occurred; (2) general negligence against Nye Management, L.C.; (3) *respondeat superior* against Nye Management, L.C. as employee of Wildwood Associates, L.P.; and (4) breach of contract against Nye Management, L.C.

7.  Wildwood Associates, L.P. and Nye Management, L.C. were both personally served on or about August 31, 2015.

8.  On the 19th day of September 2016 in the Circuit Court of the County of Jefferson, a bench trial was heard and Plaintiff recovered judgment against Wildwood Associates, L.P. and Nye Management, L.C., jointly and severably, for the amount of $175,000.00 plus costs.

9.  To date, that judgment remains in full force and wholly unsatisfied and more than thirty days have passed since Judgment in favor of Plaintiff was entered.

10. On the date Plaintiff's injuries occurred, Defendant American Family Mutual Insurance Company did insure Nye Management, L.C. under policy number 24XZ5692-01, which insured such loss to Plaintiff.

11. Upon information and belief, Nye Management, L.C. complied with all of the terms and conditions under the policy on the date of the injuries incurred by Plaintiff.

12. Under RSMo. §379.2000, Plaintiff is the judgment creditor to Wildwood Associates, L.P. and Nye Management, L.C., and is entitled to have his Judgment satisfied by Defendant American Family Mutual Insurance Company under the aforementioned policy of insurance covering Nye Management, L.C.

13. Plaintiff is entitled to proceed in equity to reach and apply the insurance proceeds to the satisfaction of the judgment.

2

WHEREFORE, Plaintiff prays for this Court's entry of Judgment in his favor and against Defendant American Family Mutual Insurance Company for $175,000.00 plus taxable costs from Cause No. 15JE-CC00630, both with applicable statutory interest, as well as Plaintiff's costs incurred herein, and any other relief as the court deems just and proper under the circumstances.

Respectfully Submitted.

ROBERTS, WOOTEN & ZIMMER, L.L.C.

Attorneys at Law
 P.O. Box 888
Hillsboro, Missouri 63050
636-797-2693
636-789-4205 FAX

By:_____
Charles R. Wooten - #51250
CharlesWooten@RWZlaw.com
Attorney for Plaintiff

3

Electronically Filed - Jefferson - September 07, 2018 - 03:01 PM

# IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT JEFFERSON COUNTY, HILLSBORO MISSOURI

MICHAEL S. MYERS )
       )
     Plaintiff, )
       )
       )     Case No.: 18JE-CC00432
v. )
       )     Division 1
AMERICAN FAMILY MUTUAL )
INSURANCE COMPANY )
Serve: )
CSC – Lawyers Incorporating )
Service Company )
221 Bolivar Street )
Jefferson City, MO 65101 )
       )
     Defendants. )

## REQUEST FOR SUMMONS

COMES NOW Plaintiff, by and through counsel, requests a Summons be issued on Defendant, American Family Mutual Insurance Company, to be served through their registered agent, CSC – Lawyers Incorporating Service Company, at 221 Bolivar Street, Jefferson City, Missouri 65101.

     Approved:


Clerk of the Circuit Court         ROBERTS, WOOTEN & ZIMMER, LLC
Jefferson County, Missouri        Attorneys at law
                                 P.O. Box 888
By: _____       Hillsboro, Missouri 63050
                                 (636) 797-2693
                                 (636) 789-4205 Fax

                               By:     /s/ Charles Wooten
                                         Charles R. Wooten, #51250
                                         CharlesWooten@RWZlaw.com
                                         Attorney for Plaintiff



## IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>TROY CARDONA | Case Number:  18JE-CC00432 |
| Plaintiff/Petitioner:<br>MICHAEL S MYERS MIKE | Plaintiff's/Petitioner's Attorney/Address<br>CHARLES RAY WOOTEN<br>10438 HWY 21<br>PO BOX 888<br>HILLSBORO, MO  63050 |
| vs. | |
| Defendant/Respondent:<br>AMERICAN FAMILY MUTUAL INSURANCE<br>COMPANY | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |
| | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  AMERICAN FAMILY MUTUAL INSURANCE COMPANY**
**REGISTERED AGENT: CSC – LAWYERS INCORPORATING SERVICE COMPANY**

221 BOLIVAR STREET
JEFFERSON CITY MO 65101

*COURT SEAL OF*



*JEFFERSON COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

MICHAEL E REUTER, CIRCUIT CLERK
BY:  AMY ARMBRUSTER, DEPUTY CLERK
SEPTEMBER 11, 2018

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server                         Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____            _____
                                         Date                                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI**

FILED

OCT 25 2018

MICHAEL E. REUTER
CIRCUIT CLERK

| | |
|---|---|
| Judge or Division:<br>TROY CARDONA | Case Number: 18JE-CC00432 |
| Plaintiff/Petitioner:<br>MICHAEL S MYERS MIKE | Plaintiff's/Petitioner's Attorney/Address<br>CHARLES RAY WOOTEN<br>10438 HWY 21<br>PO BOX 888<br>HILLSBORO, MO  63050 |
| | vs. |
| Defendant/Respondent:<br>AMERICAN FAMILY MUTUAL INSURANCE<br>COMPANY | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO  63050 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

RECEIVED
OCT 10 2018
COLE SHERIFF'S OFFICE

## Summons in Civil Case

**The State of Missouri to:  AMERICAN FAMILY MUTUAL INSURANCE COMPANY
REGISTERED AGENT: CSC – LAWYERS INCORPORATING SERVICE COMPANY**

221 BOLIVAR STREET
JEFFERSON CITY MO 65101

**COURT SEAL OF**

COURT OF MISSOURI

**JEFFERSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

MICHAEL E REUTER, CIRCUIT CLERK
BY:  AMY ARMBRUSTER, DEPUTY CLERK
SEPTEMBER 11, 2018

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: CSC (Lawyers) SI (name) Designee (title).

☐ other: _____

Served at 350 E High (address)

in Cole (County/City of St. Louis), MO, on 10-11-18 (date) at 800AM (time).

John P Wheeler _____ by Sgt Annie Wray
Printed Name of Sheriff or Server _____ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
Date _____ Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

14706 $30

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.